

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-14-00220-CV

**IN RE SEPCO TUBULARS, INC.**, n/k/a North American Interpipe, Inc.,
a/k/a North American Interpipe, Inc., et al.

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Luz Elena D. Chapa, Justice

On April 2, 2014, relator Sepco Tubulars, Inc. filed a petition for writ of mandamus and an emergency motion for stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 7th, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 6112, styled *United Resources, LP n/k/a Aubris Resources, LP v. Sepco Tubulars, Inc. n/k/a North American Interpipe, Inc., et al.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.